UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
STEVEN BERNSTEIN,                                                 :
                                                                  :
                Plaintiff,                                 :
                                                                  :     19-cv-11816 (LJL)
     -v-                                                        :
                                                                  :     ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,                            :
and ROBERT MERCEDES, in his capacity as Principal                 :
of Middle School 390,                                             :
                                                                  :
                Defendants.                                :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Complaint in this action was filed on December 26, 2019, and an initial pretrial conference was scheduled for March 31, 2020 at 9:30 a.m. On March 12, 2020, Defendant New York City Department of Education filed a motion to dismiss the Complaint. Dkt. No. 11. Defendant Robert Mercedes did not join in that motion, but Plaintiff has not yet provided proof of service for Defendant Mercedes, which is due March 25, 2020 pursuant to Fed. R. Civ. P. 4(m).

       It is hereby ORDERED that the initial pretrial conference previously scheduled for March 31, 2020 is ADJOURNED to June 8, 2020 at 2:30 p.m.

       SO ORDERED.

Dated: March 20, 2020
       New York, New York                                   _____
                                                                       LEWIS J. LIMAN
                                                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2020