```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
STEVEN BERNSTEIN,                                                  :
                                                                   :
                                    Plaintiff,                     :
                                                                   :                19-cv-11816 (LJL)
             -v-                                                   :
                                                                   :                     ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,                             :
et al.,                                                            :
                                                                   :
                                    Defendants.                    :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Rule 2(I) of the Court's Individual Practices in Civil Cases provide that "Westlaw citations should be provided, if available, to cases no available in an official reporter," and that "[w]hen a party cites a decision that is not available on Westlaw, it shall submit a copy of that decision with its filing."  In their briefs supporting and opposing the motions to dismiss, the parties each have cited to decisions without providing a citation to an official reporter or to Westlaw and did not submit a copy of those decisions.

It is hereby ORDERED that by October 30, 2020, each party who has cited to a case without providing a citation to an official reporter or to Westlaw shall submit a copy of that decision by emailing it in PDF or zip form to Chambers at LimanNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

Dated: October 23, 2020  
      New York, New York  
                                                       LEWIS J. LIMAN  
                                                  United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 10/23/2020