```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STEVEN BERNSTEIN,

                Plaintiff,

     -v-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                Defendants.
------------------------------------------------------------------X

19-cv-11816 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of Defendants' motions to dismiss. Dkt. Nos. 11, 19. A hearing on the motions shall take place on November 4, 2020 at 4:00 p.m. The parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

SO ORDERED.

Dated: October 26, 2020
       New York, New York

                                             LEWIS J. LIMAN
                                             United States District Judge