```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
STEVEN BERNSTEIN,                                              :
                                                               :
                        Plaintiff,                             :
                                                               :         19-cv-11816 (LJL)
        -v-                                                    :
                                                               :              ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,                         :
et al.,                                                        :
                                                               :
                        Defendants.                            :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Opinion and Order filed on November 9, 2020 at Dkt. No. 37 referred in error to 42 U.S.C. § 621. Dkt. No. 37 at 5. The correct statutory provision is 29 U.S.C. § 621, as noted on page 7 of the Opinion. Dkt. No. 37 at 7 n.2. This error has no impact on the substance of the Opinion or on the Judgment of the Court.

SO ORDERED.

Dated: November 12, 2020
       New York, New York                    _____
                                                      LEWIS J. LIMAN
                                                United States District Judge